**LIANG LY LLP**
601 South Figueroa Street, Suite 1950
Los Angeles, California 90071
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIPING ZHANG, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HUNG ERN TOH, an individual; BARR CONSULTING AND HOLDINGS, INC., a Wyoming corporation; BARR HOLDINGS, LLC, a Nevada Limited Liability Company; BEVERLY HILLS ESCROW, a California Corporation; DOES 1-10 <br><br> Defendants. | CASE NO. 2:17-cv-07745CAS(RAOx) <br><br> [~~PROPOSED~~] JUDGMENT |

Plaintiff Liping Zhang's Motion For Default Judgment against Defendants Hung Ern Toh, Barr Holdings, LLC and Barr Consulting & Holdings, Inc. came on for hearing on June 17, 2019.  Plaintiff Liping Zhang appeared though her counsel, Rachel T. Gezerseh of Liang Ly LLP; Defendants Hung Ern Toh, Barr Holdings, LLC and Barr Consulting & Holdings, Inc. did not appear.

After full consideration of the evidence and arguments set forth in the papers submitted, good cause appearing, and pursuant to Rules 55(a) and (b) of the

Federal Rules of Civil Procedure and Rules 55-1, and 55-2 of the Central District of California Local Rules, the Court hereby enters judgment in favor of Plaintiff Liping Zhang and against Defendants Hung Ern Toh, Barr Holdings, LLC and Barr Consulting & Holdings, Inc., jointly and severally, as follows:

Defendants Hung Ern Toh, Barr Holdings, LLC and Barr Consulting & Holdings, Inc. are adjudged liable for fraud; and

The Court awards to Plaintiff Liping Zhang damages in the amount of $250,400.00, which consists of $250,000.00 in compensatory damages and costs in the amount of $400.00, as well as post-judgment interest from the date of entry of the Judgment until paid.

**IT IS SO ORDERED.**

Dated: _June 24, 2019_____

*[signature: Christina A. Snyder]*

Hon. Christina A. Snyder
United States District Court Judge